**IN THE UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| ERIC JAY BURROWS, | ) | No. 24-80193 |
| | ) | |
| Debtors. | ) | |

**CREDITOR'S OBJECTION TO CONFIRMATION OF**
**CHAPTER 13 PLAN FILED 03/19/2024**

COMES NOW Creditor, IH Mississippi Valley Credit Union, by and through its attorneys, Brooks Law Firm, P.C., for its Objection to Confirmation of Debtor's Chapter 13 Plan and in support states:

1. Debtor filed a Petition for Chapter 13 Bankruptcy Relief on March 18, 2024.

2. IH Mississippi Valley Credit Union is a creditor of the debtor.

3. On or about November 29, 2017, the debtor entered into a Loan Agreement and Consumer Credit Disclosure Statement (hereinafter the "Contract") with IH Mississippi Valley Credit Union. (See attached Exhibit "A").

4. To secure repayment of the indebtedness to IH Mississippi Valley Credit Union, the debtor granted to IH Mississippi Valley Credit Union a security interest in a 2006 Ford F350 Pickup, Vehicle Identification Number 1FTWW33P46EB87404.

5. IH Mississippi Valley Credit Union perfected its security interest on the motor vehicle by recording its lien on the Certificate of Title as issued by the State of Illinois. (See attached Exhibit "B").

6. The debtor's proposed Plan fails to provide payments to IH Mississippi Valley Credit Union for the present value of its claim because the Plan does not provide for any

payments to be made to IH Mississippi Valley Credit Union through the Plan or payments outside of the plan.

7. The outstanding balance under the contract is $10,045.66.

8. IHMVCU has filed a Proof of Claim listing pre-petition arrears and total amount due in the amount of $3,747.04.

9. Debtor's Plan must provide for and satisfy the objections specified herein to provide IH Mississippi Valley Credit Union adequate protection. As such, IH Mississippi Valley Credit Union requests that this Court decline to confirm the Plan as presently proposed.

10. Therefore, IH Mississippi Valley Credit Union objects to confirmation of debtor's Original Chapter 13 Plan.

**WHEREFORE** secured creditor, IH Mississippi Valley Credit Union, respectfully requests this Court to enter an Order as follows:

A. Denying debtor's request for confirmation of the Plan;

B. Requiring that Debtor's Plan be amended to allow for payment to IHMVCU for pre-petition arrears;

C. For such other, further and different relief as this Court deems just and equitable in the premises.

Respectfully submitted,

/s/ Allison E. Walsh
Brooks Law Firm, P.C.
3725 Blackhawk Road, Suite 200
Rock Island, IL 61201
Telephone: (309) 786-4900
Facsimile: (309) 786-4940
aew@brookslawfirmpc.com
**ATTORNEYS FOR IH MISSISSIPPI VALLEY CREDIT UNION**

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was sent to the below-listed individuals via electronic means or by enclosing in a U.S. Post Office mailbox in Rock Island, Illinois, on the 3rd day of May, 2024.

/s/ Allison E. Walsh

**VIA REGULAR MAIL:**
Eric Jay Burrows
1119 Lake Street #37
Kewanee, IL 61443

**VIA ELECTRONIC MEANS:**
Marsha L. Combs-Skinner
Bankruptcy Trustee
marsha@ch13cdil.com

Dick B. Williams
Attorney for Debtor
dwilliams9172@gmail.com

U.S. Trustee
Office of Nancy J. Gargula
USTPRegion10.PE.ECF@usdoj.gov