UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: ) | |
|    ERIC JAY BURROWS ) | |
| ) | Case No. 24-80193 |
| ) | |
|    Debtor. ) | |

## MOTION TO DISMISS CHAPTER 13 PROCEEDINGS

NOW COMES Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, the duly appointed Trustee in the above captioned case, for the Trustee's Motion to Dismiss states to the Court as follows:

1. The Debtor has been scheduled for two Zoom video meetings, as follows:

   A.  April 17, 2024 - 10:00 AM-Debtor did appear for his scheduled §341 hearing but had failed to provide the required documentation necessary for a Chapter 13 case and he had not made a Chapter 13 Plan payment as required. These issues were all discussed at the Zoom hearing. The Trustee personally advised the Debtor that she would continue his §341 hearing to May 15, 2024. Debtor agreed to the continued hearing date and time.

   B.  May 15, 2024 - 10:30 AM  Debtor failed to appear at the §341 hearing and per his attorney, Mr. Williams who did appear for the hearing Debtor had not contacted his attorney, nor provided required documentation and he had not made a Plan payment as required.

2. The Debtor and Debtor's Counsel was properly notified as to the Time and Date of each scheduled continued Zoom meeting.

3. The Trustee has not had cooperation from the Debtor as necessary to continue this case.

WHEREFORE, Marsha L. Combs-Skinner, Chapter 13 Standing Trustee, prays that the Court enter an order dismissing the case, and for such other relief as may be just and equitable.

Respectfully Submitted,

/s/Marsha L. Combs-Skinner
Marsha L. Combs-Skinner,

Chapter 13 Standing Trustee in Bankruptcy
108 S. Broadway
P.O. Box 349
Newman, IL 61942
Telephone: 217-837-9730
E-Mail: Marsha@ch13cdil.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was served upon, Dick B. Williams, Attorney for the Debtor, and the United States Trustee, by electronic notification through ECF on May 15, 2024, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM-ECF participants:

Eric Jay Burrows

1119 Lake St., #37
Kewanee, IL 61443

                                      /s/Marsha L. Combs-Skinner
                                      Marsha L. Combs-Skinner,
                                      Chapter 13 Standing Trustee