Form odmcs/odismcs

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

---

*In Re:* Eric Jay Burrows
　　　　*Debtor(s)*

*Case No.:* 24–80193

*Chapter:* 13

---

## ORDER DISMISSING CASE

**The Court finds:**

− that the Trustee's Motion to Dismiss Chapter 13 case is allowed.

***IT IS THEREFORE ORDERED*** that the Chapter 13 case in bankruptcy filed on 3/18/24 , be and is hereby dismissed.

***IT IS FURTHER ORDERED*** that if the filing fee for this case was not paid in full, any new case filed by debtor(s) under any Chapter of the Bankruptcy Code in the Central District of Illinois must be accompanied by the full case filing fee.

***IT IS FURTHER ORDERED*** that the Clerk's fees of $0.00 are due from the Trustee to the extent any monies were received by the Trustee, and the Trustee is directed to file the Final Report (30 days for a Chapter 7 or 120 days for a Chapter 12/13).

**Entered:** 5/15/24

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/   Peter W. Henderson
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.